IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MICHAEL SAMUEL FIERRO,

    Plaintiff,

v.                                                          No. 24-cv-1001 SMD/KRS

STATE OF NEW MEXICO, *et al.*,

    Defendants.

## ORDER TO CURE DEFICIENCY

    This matter is before the Court on Plaintiff's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, (Docs. 4 and 9), ("IFP Motions"). Neither IFP Motion includes a six-month inmate account statement, as required by 28 U.S.C. § 1915(a)(2). Plaintiff shall cure this deficiency within thirty (30) days of entry of this Order. All filings should include the case number (No. 24-cv-1001 SMD/KRS) and be labeled as legal mail. The failure to timely comply with this Order may result in dismissal of this case without further notice.

    **IT IS ORDERED** that within thirty (30) days of entry of this Order, Plaintiff shall submit an inmate account statement reflecting transactions for a six-month period.

    IT IS SO ORDERED this 14th day of May, 2025.

                                                           _____
                                                           KEVIN R. SWEAZEA
                                                           UNITED STATES MAGISTRATE JUDGE