IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MICHAEL SAMUEL FIERRO,

    Plaintiff,

v.                                                                         No. 24-cv-1001 SMD/KRS

STATE OF NEW MEXICO, *et al.*,

    Defendants.

## ORDER GRANTING *IN FORMA PAUPERIS* RELIEF

THIS MATTER is before the Court on Plaintiff's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, (Docs. 4 and 9) ("IFP Motions"). Plaintiff is incarcerated and proceeding *pro se*. His financial information reflects he is unable to prepay the $405.00 filing fee for his prisoner civil rights complaint. *See* (Doc. 10) (Plaintiff's Response to Order to Cure Deficiency, Doc. 17). The Court will therefore grant Plaintiff leave to proceed *in forma pauperis*, which reduces the fee to $350, and allow him to pay in installments. *See* 28 U.S.C. § 1915(b). Based on Plaintiff's financial information, the Court will excuse the initial partial payment. *See* (Doc. 10) at 3. Beginning August 1, 2025, and until the $350 filing fee is paid in full, Plaintiff must make monthly payments of 20% (twenty percent) of the preceding month's income credited to his account each time the amount in his account exceeds $10.00. *See* 28 U.S.C. §1915(b)(2).

**IT IS THEREFORE ORDERED** that Plaintiff's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (**Docs. 4 and 9**) are **GRANTED**;

**IT IS FURTHER ORDERED** that, beginning August 1, 2025, and until the $350 filing fee is paid in full, Plaintiff must make monthly payments of 20% (twenty percent) of the preceding month's income credited to his account each time the amount in his account exceeds $10.00.

**IT IS SO ORDERED.**

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE