**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

MICHAEL SAMUEL FIERRO,

Plaintiff,

v. No. 2:24-cv-1001-SMD-KRS

STATE OF NEW MEXICO, *et al.*,

Defendants.

**FINAL JUDGMENT**

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Memorandum Opinion and Order filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case.

**IT IS ORDERED, ADJUDGED, AND DECREED** that this civil action is **DISMISSED without prejudice** and a certificate of appealability is denied.

SARAH M. DAVENPORT
UNITED STATES DISTRICT JUDGE